634

417 A.2d 771

Baldassari, Appellant, v. McGowan, formerly known as Baldassari.

Argued March 22, 1979. Roger Mattes, for appellant; Robert J. Nolan, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

417 A.2d 771

Chase & L Assn., Appellant, v. Lincoln Bank.

Argued March 21, 1979. Albert H. Friedman, for appellant; Sheryl L. Auerbach, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.